# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ROBERT STEWART**                                                                 **PLAINTIFF**

**v.**                                                                              **No. 4:06CV1-P-B**

**LAWRENCE KELLY, ET AL.**                                                         **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the plaintiff's claim of denial of medical care is hereby **DISMISSED** with prejudice.  In addition, the plaintiff's January 3, 2006, motion for a temporary restraining order or preliminary injunction is hereby **DENIED.**  The plaintiff's claim of retaliation shall proceed.

**SO ORDERED,** this the 19th day of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE