# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**ROBERT W. STEWART**                                                **PLAINTIFF**

**V.**                                                **CASE NO. 4:06CV01-P-B**

**LAWRENCE KELLY, ET AL**                                                **DEFENDANTS**

## ORDER

    Having been informed that service of process upon defendants Dr. John Bearry, Dr. Thomas Lehman and Dr. Juan Santos has not occurred but that they are willing to waive service of process and proceed in this matter, the Court is of the opinion that such action will best serve the interests of justice without prejudice to any party.

    **IT IS, THEREFORE, ORDERED** that Dr. John Bearry, Dr. Thomas Lehman and Dr. Juan Santos shall have twenty (20) days from the date of this order, or until June 7, 2006, to file their respective answers to the Complaint in this matter.

    **SO ORDERED** this, the 18th day of May, 2006.


/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE