**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROBERT STEWART**   **PLAINTIFF**

**v.**   **No. 4:06CV1-P-B**

**LAWRENCE KELLY, ET AL.**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendants' motion for summary judgment is hereby **GRANTED**, and judgment is hereby **ENTERED** for the defendants.

**SO ORDERED,** this the 20th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE